7097-11833.00039

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LISA DAMRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 16 cv 8242 |
| JAGROOP SINGH GREWAL and SUNRISE | ) | |
| FREIGHT SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL OF CAUSE OF JAGROOP SINGH GREWAL

Defendant, JAGROOP SINGH GREWAL, pursuant to 28 U.S.C. § 1446 and the Local Rules of the United States District Court for the Northern District of Illinois, notifies this Honorable Court that the above-entitled cause has been removed from the Circuit Court of Cook County, Illinois, Municipal Department, Sixth District, to the United States District Court for the Northern District of Illinois, Eastern Division, and in support of said notice, states as follows:

1. On July 12, 2016, Plaintiff filed her complaint in the Circuit Court of Cook County, Illinois, Municipal Department, Sixth District, against the Defendants seeking damages for personal injuries allegedly sustained by her in a vehicle accident on July 26, 2014 in Effingham County, Illinois. *See* Plaintiff's Complaint at Law attached as Exhibit A.

2. Defendant, Jagroop Singh Grewal, was served with Plaintiff's summons and complaint through the Illinois Secretary of State on July 27, 2016. *See* Exhibit B.

3. Plaintiff's complaint alleges that the accident was caused by the Defendant's negligent operation of his vehicle. *See* Ex. A, Count I at ¶¶5-6.

2153047v.1

4.    Upon information and belief, based on the Illinois Traffic Crash Report obtained during pre-suit investigation, Plaintiff is resident-citizen of Illinois and resides in Antioch, Lake County, Illinois.

5.    Defendant, Jagroop Singh Grewal, is a resident-citizen of Canada and resides in Brampton, Ontario.

6.    Defendant, Sunrise Freight Systems, Inc., is a foreign corporation with its principal place of business in Caledon, Ontario.  Sunrise Freight will also be represented by Grewal's counsel after it is served.

7.    Based upon medical documents produced pre-suit which demonstrate that Plaintiff underwent a cervical fusion in March 2015, and Plaintiff's Affidavit of Damages attached to her Complaint (Ex. A), which states that the damages sought are greater than $50,000, it is believed that Plaintiff will be seeking damages in excess of $75,000 allegedly caused by the subject accident.

8.    Consequently, proper diversity of citizenship exists between the parties as required under 28 U.S.C. § 1332, and the amount in controversy in this case exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

9.    The requisite elements of jurisdiction have been satisfied and diversity of the parties exists which entitles Defendant to remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1446.

WHEREFORE, Defendant, JAGROOP SINGH GREWAL, notifies this Court that this cause has been removed from the Circuit Court of Cook County, Illinois, Municipal Department, Sixth District, to the United States District Court for the Northern District of Illinois, Eastern

3

Division, pursuant to the provisions of 28 U.S.C. § 1446 and the Local Rules of the United States

District Court of the Northern District of Illinois.

Respectfully submitted,

**JAGROOP SINGH GREWAL**

By:  */s/ Craig M. Derrig*
One of his attorneys

Craig M. Derrig
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
(312) 704-0550
(312) 704-1522-fax
E-Mail: craig.derrig@wilsonelser.com
E-Mail: david.holmes@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016, a copy of Jagroop Singh Grewal's Notice of Removal of Cause was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

I further hereby certify that on August 22, 2016 a copy of Jagroop Singh Grewal's Notice of Removal of Cause was mailed by first-class U.S. Mail, postage prepaid, and properly addressed or via electronic mail as indicated to the following:

Peter T. Vrdolyak
The Vrdolyak Law Group, LLC
7725 West 159th Street
Tinley Park, IL 60477
***Attorney for Plaintiff***

/s/ *Craig M. Derrig*