30806:CPD                                                                                       Atty. No. 35178

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| MARY NUGENT, as Special Representative of the Estate of LISA DAMRON, deceased, for the use and benefit of the next of kin, LISA DAMRON, deceased,<br>    Plaintiff,<br><br>v.<br><br>JAGROOP SINGH GREWAL and SUNRISE FREIGHT SYSTEMS, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 16 CV 08242<br><br><br>Amount Claimed: More than 75,000.00 plus costs of this suit. |

## MOTION TO APPROVE SETTLEMENT

Plaintiff, MARY NUGENT, as Special Representative of the Estate of LISA DAMRON, deceased, for the use and benefit of the next of kin, and guardian of decedent's minor child, Payton Damron, by and through The Vrdolyak Law Group LLC., states as follows:

1.    This case settled for twenty-five thousand dollars ($25,000).

2.    The adult plaintiff MARY NUGENT, as Special Representative of the Estate of decedent LISA DAMRON, is the legal guardian for the estate's sole surviving heir and minor-Payton Damron.

3.    Plaintiff, MARY NUGENT, as Special Representative of the Estate of decedent LISA DAMRON, for the benefit of Payton Damron, has agreed to allocate all proceeds to the child.

4.    Plaintiff's counsel reduced its firm's attorney fee from $10,000 to $7,391.32; waived $3,150 in recoverable costs; and negotiated $39,607.41 in recoverable liens down to $9,235. **See attached exhibit A.**

5.    After satisfying outstanding liens, the estate (Payton) with receive tw- thousand, five hundred dollars ($2,500). This $2,500 is an amount recovered in addition to the $6,750 in loan

1

principal previously received by decedent Lisa Damron. The $2,500 will be held in a trust account for Payton until she turns eighteen by her guardian, MARY NUGENT.

6. Section 25-2 of the Illinois Probate Act, 755 ILCS 5/25-2 (2005), allows for the settlement of a minor's claim without court intervention when both the amount owed to the minor and the minor's personal estate do not exceed $10,000.00.

**Wherefore,** plaintiff prays this Honorable Court enter an Order approving the settlement for the benefit of the estate and minor, Payton Damron, in the amount listed above in Paragraph #5.

Respectfully submitted,

_____
Attorney for Plaintiff

Attorneys for the Plaintiff
Vrdolyak Law Group LLC.,
Clinton Davis
9618 S. Commercial Avenue
Chicago, Illinois 60617
773-731-3311 ext. 432
cdavis@vrdolyak.com