The Vrdolyak Law Group, LLC
## Settlement Statement

FILE NUMBER: 30806
ATTORNEY(S): CD

**CLIENT:** Lisa Damron (Deceased)
**CASE NAME:** Damron, Lisa vs. Sunrise Freight Systems, Inc.
**CASE NUMBER:** 16 CV 08242

**SETTLEMENT AMOUNT** $25,000.00

**DISTRUBUTION**
ATTORNEY FEE $10,000.00 (40% Contract Atty's Fee)
FEE REDUCTION (2,608.68)

NET FEE $ 7,391.32 Reduced Atty's Fee
COSTS REIMBURSED $5,873.68 ($9,023.68 Costs Reduced by $3,150.00)

13,265.00

**LIENS/SUBROGATION REIMBURSEMENT**

\*\*\* HELPING HANDS CAPITAL ($6,750.00)    (13,547.68)    6,750.00

IL DEPT OF HEALTHCARE &
 FAMILY SERVICES            (1,862.21)    1,250.00
FAMILY MEDICINE ANTIOCH     (1,127.02)      60.00
CHICAGO PAIN MEDICINE       (4,019.15)     200.00
HEALTH BENEFITS            (13,612.50)     700.00
KEY HEALTH                  (5,103.85)     250.00
MIDWEST ANESTHESIA & PAIN     (335.00)      25.00

22,500.00

**AMOUNT DISTRIBUTED TO CLIENT**

Peyton Damron, a Minor    $ 2,500.00
 (Daughter of Lisa Damron (Deceased))
 (Net this Case with Loan - $9,250.00)

**ACCEPTANCE:**

I (We) understand the forgoing Settlement Statement and accept the Settlement and Distribution stated herein and am (are) aware that all hospital and doctor bills and all other bills arising out of this injury are my responsibility if they are not listed above.

_____    _____
Date                   Signed

                       _____
                       Signed

Disbursed by: _____    client's Initial's.
Class: st/lit                         Merch ____
JC                                    Folder ____
Facebook ____                         Twitter ____



EXHIBIT A

05/07/19

# The Vrdolyak Law Group, LLC
## Client Costs Print Out

| | Date | Source Name | Amount | Num | Memo |
|---|---|---|---|---|---|
| 30806; Damron, Lisa | 02/09/2015 | PPPF - Photocopies/Postage/Processing/Fax | Waived | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 02/09/2015 | LBDM - Law Bulletin / Docket Mgmt / LexisNexis | Waived | | |
| 30806; Damron, Lisa | 02/09/2015 | MPC - Medical Document Procurement Charge | Waived | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 02/09/2015 | LRC - Lien Reduction Charge | Waived | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 02/17/2015 | Illinois State Police | 5.00 | 20150217 | Police report |
| 30806; Damron, Lisa | 03/27/2015 | Chicago Pain Medicine Center, SC | | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 05/05/2015 | Health Benefits Physicians Services | | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 08/17/2015 | HealthPort (Ciox Health) | 39.00 | 0170736611 | Records/bills Advocate Healthcare |
| 30806; Damron, Lisa | 08/21/2015 | Key Health Liens | | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 12/30/2015 | American Center for Spine & Neurosurgery | 46.38 | 6097 | Records and Bills |
| 30806; Damron, Lisa | 03/30/2016 | HealthPort (Ciox Health) | 53.85 | 0188684532 | R/B |
| 30806; Damron, Lisa | 06/24/2016 | Health Benefits Physicians Services | | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 07/11/2016 | Secretary of State of Illinois | 10.00 | 20160711 | Summons - Def. Owner |
| 30806; Damron, Lisa | 07/11/2016 | Secretary of State of Illinois | 5.00 | 20160711 | Summons - Def. Driver |
| 30806; Damron, Lisa | 07/11/2016 | Clerk of the Circuit Court (Markham) | 359.00 | 20160711 | Complaint |
| 30806; Damron, Lisa | 08/02/2016 | Iod Incorporated | 110.29 | 37341153 | R/B |
| 30806; Damron, Lisa | 08/02/2016 | HealthPort (Ciox Health) | 254.10 | 0196419854 | R/B |
| 30806; Damron, Lisa | 12/14/2016 | Midwest Anesthesia & Pain Specialists, SC | | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 06/23/2017 | Jennifer Bellucci-Jackson (Antioch Med) | | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 06/28/2017 | Planet Depos, LLC | 685.75 | 176318 | Transcript - Lisa Damron |
| 30806; Damron, Lisa | 07/10/2017 | Infinity Health Care Physicians, S.C. | 21.75 | 20170710 | R/B |
| 30806; Damron, Lisa | 07/24/2017 | ChartSwap | 32.84 | REQ-02686400 | R/B |
| 30806; Damron, Lisa | 08/07/2017 | Iod Incorporated | 61.15 | 43052103 | R/B |
| 30806; Damron, Lisa | 08/10/2017 | Lexitas Legal | 3,411.78 | 387418 | Transcript - J. Grewal |
| 30806; Damron, Lisa | 09/27/2017 | iCopy | 400.00 | 20170916471 | R/B |
| 30806; Damron, Lisa | 11/06/2017 | iCopy | 58.80 | 20171116915 | R/B |
| 30806; Damron, Lisa | 01/09/2018 | Daniel G. Alholm - Expenses | 44.01 | 20180109 | 10/18 Mileage |
| 30806; Damron, Lisa | 01/15/2018 | iCopy | 25.00 | 20171217356 | R/B |
| 30806; Damron, Lisa | 11/23/2018 | Helping Hands Capital, LLC | | Lien - 30806 | 30806; Damron, Lisa |
| 30806; Damron, Lisa | 02/19/2019 | Iron Horse Security Corp | 250.00 | 12279 | Investigation to hand deliver affidavit of heirship |
| | 05/07/19 | Total | 5,873.68 | | |

dv

4/4/2019

## Damron. Lisa
## DOA 7/26/2014
## FILE NO. 30806

| Lisa Damron | DATES OF SERVICE | AMOUNT |
|---|---|---|
| ER Vista East Hospital | 8/22/2014-5/30/2016 | $ 58,684.05 |
| ER Physicians | 8/22/2014-5/30/2016 | |
| Radiologist | 8/22/2014-5/30/2016 | |
| Family Medicine Antioch | | |
| Timothy Froderman MD | 8/29/2014-5/27/2015 | $ 1,127.02 |
| Advocate Condell Med Cntr | 11/18/2014-4/15/2015 | $ 108,521.58 |
| *  Advocate Physicians | 11/18/2014-1/12/2015 | $ 1,886.00 |
| Radiologist | | |
| Chicago Pain Medicine | 3/12/2015 | $ 4,019.15 |
| American Center for Spine | | |
| Bradley Bagan MD | 3/30/2015-5/14/2015 | $ 49,500.00 |
| Health Benefits | | |
| Anis Alzoobi MD | | |
| Randolph Chang MD | 4/23/2015-10/27/2016 | $ 13,612.50 |
| Saint Alexius Medical Center | 8/19/2015-9/16/2015 | $ 1,058.00 |
| Midwest Anesthesia & Pain | | $ 335.00 |
| | PARTIAL SPECIALS: | $238,743.30 |
| Key Health Medical Center RX | 8/7/15-3/28/2016 ongoing | $ 5,103.85 |
| Wage Loss | 7/26/2014-6/1/2017 | |
| $10/hr at 40hrs/week | ongoing | $ 59,600.00 |
| | PARTIAL SPECIALS WITH WAGE LOSS: | $303,447.15 |



Settlement $25,000.00

## Clinton Davis

| | |
|---|---|
| **From:** | Joann Caporale |
| **Sent:** | Tuesday, May 7, 2019 12:06 PM |
| **To:** | Clinton Davis |
| **Cc:** | Lucero Del Real |
| **Subject:** | FW: Payoff of Lisa Damron Case |

Clinton, please see response from helping handing where they accept $6,750.00, as full payment on Lisa Damron's Loan. This amount is her original loan amount. They waived all interest.

**From:** customerservice@helpinghandscapital.com <customerservice@helpinghandscapital.com>
**Sent:** Monday, May 06, 2019 4:14 PM
**To:** Joann Caporale <jcaporale@vrdolyak.com>
**Subject:** Re: Payoff of Lisa Damron Case

You're welcome

Tammy

Customer Service
Helping Hands Capital, LLC
3100 Independence Pkwy., Ste. 311-186
Plano, TX 75075
214-390-5567

> On May 6, 2019, at 4:09 PM, Joann Caporale <jcaporale@vrdolyak.com> wrote:
>
> Thank you.
>
> **From:** customerservice@helpinghandscapital.com <customerservice@helpinghandscapital.com>
> **Sent:** Monday, May 06, 2019 4:04 PM
> **To:** Joann Caporale <jcaporale@vrdolyak.com>
> **Cc:** Customer Service <customerservice@helpinghandscapital.com>
> **Subject:** Payoff of Lisa Damron Case
>
> Ms. Caporale,
>
> This will confirm that Helping Hands Capital has agreed to accept $6,750 as payment in full related to Ms. Damron's outstanding balance with Helping Hands Capital. If you need anything further, please let me know.
>
> Thank you,
>
> Tammy
>
> Customer Service
> Helping Hands Capital, LLC

1

3100 Independence Pkwy., Ste. 311-186
Plano, TX 75075
214-390-5567

IMPORTANT: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the sender. Thank you.

IMPORTANT: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the sender. Thank you.

IMPORTANT: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the sender. Thank you.

IMPORTANT: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone, and return the original message to the sender. Thank you.



**ILLINOIS DEPARTMENT OF**
**Healthcare and**
**Family Services**

JB Pritzker, Governor
Theresa Eagleson, Director

Bureau of Collections
Technical Recovery Section
PO Box 19174
Springfield, Illinois 62794-9174

| | |
|---|---|
| Telephone: | (312)793-2983 |
| TTY: | (800)526-5812 |
| Fax: | (217)557-8782 |
| FEIN/Tax ID No.: | 37-1320188 |

Date: May 6, 2019

VRDOLYAK LAW GROUP, LLC
ATTORNEY AT LAW
741 NORTH DEARBORN STREET
CHICAGO, IL 60654

CASE NAME: DAMRON, LISA
Case No: 94-057-0805333188
Date of Accident: July 26, 2014
Injured Party: DAMRON, LISA

Dear VRDOLYAK LAW GROUP, LLC

In follow up to your recent inquiry, this letter will confirm that the Department has a lien in the amount of $1,862.21, and the Department is willing to accept $1,250.00, in settlement for the injuries related to the accident of July 26, 2014. If my understanding is incorrect, please contact me.

Please make your remittance payable to the **Illinois Department of Healthcare and Family Services**, please reference the above captioned information, and forward to the attention of the undersigned at the above address. Thank you for your cooperation.

Sincerely,

FRANK P. GORG, JR., Recovery Consultant
Technical Recovery Section
Frank.Gorg@illinois.gov

Letter: D
cc: Lake, L.O. #057
    File

Case: 1:16-cv-08242 Document #: 91-1 Filed: 05/20/19 Page 7 of 11 PageID #:253
APR-04-2019(THU) 09:16    9618 lower level         RECEIVED 04/04/2019 10:27AM
                                                   (FAX)7737310299              P. 001/002

# THE VRDOLYAK LAW GROUP, LLC

9618 S. Commercial Avenue
Chicago, Illinois 60617
773) 731-3311 Ext: 202
773) 382-2277 Facsimile

April 4, 2019

Attn: Jennifer
Fax 847-469-8360

| | |
|---|---|
| Our Client: | Lisa Damron (Deceased) |
| D/A: | 7-26-2014 |
| Provider: | Family MedAntioch |
| Our File No: | 30806 |
| DOB | 3-24-1967 |

Dear Jennifer

As you are aware we represent Lisa Damron (deceased), in relation to a personal injury case. All medical lienholders are only entitled to forty percent proportionate division of the total settlement amount.

In order to properly compensate our client for her injuries, please allow for a settlement of your account. Account balance is $1,127.02. Please allow settlement in full and final to be in the amount of $60.00. Please note this client is deceased.

The Vrdolyak Law Group is hereby granted Limited Power of Attorney to endorse the Settlement draft on your behalf.

Please contact Joann Caporale with approval via fax as soon as possible.

Thanking you in advance for your cooperation and assistance in this matter.

MAIL CHECKS TO:

~~Family~~ Medicine Specialists
P.O. BOX 6037
Wauconda, IL 60084

Very truly yours,
THE VRDOLYAK GROUP, LLC.

Joann Caporale
Legal Assistant

x _[signature] OK_
Accepted
Date 4/5/2019

Other Office Locations

| | | |
|---|---|---|
| 741 North Dearborn Avenue | 7725 West 159th Street | 9618 South Commercial |
| Chicago, Illinois 60610 | Tinley Park, Illinois 60477 | Chicago, Illinois 60617 |
| (312) 482-8200 | (708) 429-2332 | (773) 731-3311 |
| (312) 482-8026 facsimile | (708) 429-1281 facsimile | (773) 382-2277 facsimile |

# THE VRDOLYAK LAW GROUP, LLC

9618 S. Commercial Avenue
Chicago, Illinois 60617
773) 731-3311 Ext: 202
773) 382-2277 Facsimile

January 9, 2019

Attn: Marielena
Fax 773-868-6828

| | |
|---|---|
| Our Client: | Lisa Damron |
| D/A: | 7-26-2014 |
| Provider: | Chicago Pain |
| Our File No: | 30806 |
| DOB | 3-24-1967 |

Dear Marielena:

As you are aware we represent Lisa Damron, in relation to a personal injury case. All medical lienholders are only entitled to forty percent proportionate division of the total settlement amount.

In order to properly compensate our client for her injuries, please allow for a settlement of your account. Account balance is $4,019.15. Please allow settlement in full and final to be in the amount of $200.00.

The Vrdolyak Law Group is hereby granted Limited Power of Attorney to endorse the Settlement draft on your behalf.

Please contact Joann Caporale with approval via fax as soon as possible.

Thanking you in advance for your cooperation and assistance in this matter.

MAIL CHECKS TO:

Chicago Pain Medicine Center
840 W. Irving Park Rd Suite 204
Chicago, IL 60613

x _[signature]_ Accepted
Date 1-9-19

Very truly yours,
THE VRDOLYAK GROUP, LLC.

Joann Caporale
Legal Assistant

Other Office Locations:
741 North Dearborn Avenue
Chicago, Illinois 60610
(312) 482-8200
(312) 482-8026 facsimile

7725 West 159th Street
Tinley Park, Illinois 60477
(708) 429-2332
(708) 429-1281 facsimile

9618 South Commercial
Chicago, Illinois 60617
(773) 731-3311
(773) 382-2277 facsimile

# THE VRDOLYAK LAW GROUP, LLC

9618 S. Commercial Avenue
Chicago, Illinois 60617
773) 731-3311 Ext: 202
(773) 382-2277 Facsimile

January 9, 2019

Attn: Deborah Ebner
Email dkwbner@deborahebnerlaw.com

| | |
|---|---|
| Our Client: | Lisa Damron |
| D/A: | 7-25-2014 |
| Provider: | Health Benefits |
| Our File No: | 30806 |
| DOB | 3-24-1967 |

Dear Deborah:

As you are aware we represent Lisa Damron, in relation to a personal injury case. All medical lienholders are only entitled to forty percent proportionate division of the total settlement amount.

In order to properly compensate our client for her injuries, please allow for a settlement of your account. Account balance is $13,612.50. Please allow settlement in full and final to be in the amount of $700.00.

The Vrdolyak Law Group is hereby granted Limited Power of Attorney to endorse the Settlement draft on your behalf.

Please contact Joann Caporale with approval via fax as soon as possible.

Thanking you in advance for your cooperation and assistance in this matter.
MAIL CHECKS TO:

Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview, Illinois 60025

x _____
Accepted

Date 4/14/19

Very truly yours,
THE VRDOLYAK GROUP, LLC.

Joann Caporale
Legal Assistant

Other Office Locations:
741 North Dearborn Avenue
Chicago, Illinois 60610
(312) 482-8200
(312) 482-8026 facsimile

7725 West 159th Street
Tinley Park, Illinois 60477
(708) 429-2332
(708) 429-1281 facsimile

9618 South Commercial
Chicago, Illinois 60617
(773) 731-3311
(773) 382-2277 facsimile



Key Health Medical Solutions, Inc.
30699 Russell Ranch Road, Suite 175
Westlake Village, CA 91362
TEL: (888)-579-5946 Option 1 / FAX: (818)-575-5312

**FAX#** (708) 429-1281     **Date:** April 5, 2019

**Attn:** Vrdolyak Law Group, Llc

**Re:** Damron, Lisa

**Account #** 1217562

## CONFIRMATION LETTER

This letter is to confirm our telephone conversation of today, in which Key Health Medical Solutions is willing to settle the outstanding bill in the amount of **$5103.85 for $250.00 AS FULL AND FINAL PAYMENT.** Please reference patient account number on check. ***OFFER VALID UNTIL May 5, 2019 IF PAYMENT NOT IN OUR OFFICE BY THIS DATE THE REDUCTION WILL BE INVALID.*****

Please make check payable to:

Key Health Medical Solutions, Inc.
30699 Russell Ranch Road, Suite 175
Westlake Village, CA 91362
TAX ID # 95-4604751

Thank you for your time and cooperation in resolving this matter.

Carlos Flores
Case Manager
Ext. 130

# THE VRDOLYAK LAW GROUP, LLC

9618 S. Commercial Avenue
Chicago, Illinois 60617
773) 731-3311 Ext: 202
773) 382-2277 Facsimile

April 4, 2019

Attn: Gabriela
Email

Our Client: Lisa Damron(Deceased)
D/A: 7-26-2014
Provider: Midwest Anest&Pai
Our File No: 30806
DOB 3-24-1967

Dear Gabriela

As you are aware we represent Lisa Damron (deceased), in relation to a personal injury case. All medical lienholders are only entitled to forty percent proportionate division of the total settlement amount.

In order to properly compensate our client for her injuries, please allow for a settlement of your account. Account balance is $335.00. Please allow settlement in full and final to be in the amount of $25.00. Please note this client is deceased.

The Vrdolyak Law Group is hereby granted Limited Power of Attorney to endorse the Settlement draft on your behalf.

Please contact Joann Caporale with approval via fax as soon as possible.

Thanking you in advance for your cooperation and assistance in this matter.
MAIL CHECKS TO:

Anesthesia & Pain Specialists, S.C.
~~9680 Golf Rd~~
Des Plaines, IL 60016

Very truly yours,
THE VRDOLYAK GROUP, LLC.

Joann Caporale
Legal Assistant

X _____
Accepted
____4-5-2019____
Date

Other Office Locations:
| 741 North Dearborn Avenue | 7725 West 159th Street | 9618 South Commercial |
| Chicago, Illinois 60610 | Tinley Park, Illinois 60477 | Chicago, Illinois 60617 |
| (312) 482-8200 | (708) 429-2332 | (773) 731-3311 |
| (312) 482-8026 facsimile | (708) 429-1281 facsimile | (773) 382-2277 facsimile |