30806:CPD  Atty. No. 35178

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| MARY NUGENT, as Special Representative of the Estate of LISA DAMRON, deceased, for the use and benefit of the next of kin, LISA DAMRON, deceased,<br>    Plaintiff,<br><br>v.<br><br>JAGROOP SINGH GREWAL and SUNRISE FREIGHT SYSTEMS, INC.,<br>    Defendants. | No.: 16 CV 08242 |

## ORDER DISMISSING THE CASE WITH PREJUDICE, AND APPROVING MINOR'S SETTLEMENT AND DISTRIBUTION OF SETTLEMENT PROCEEDS

This matter having come before this Court for hearing on plaintiff's Motion to Approve Settlement and defendants', Sunrise Freight Systems Inc. and Jagroop Singh Grewal, Motion for Approval of Minor's Settlement, pursuant to Local Rule 17.1 of the Federal District Court for the Northern District of Illinois, 755 ILCS 5/19-8 and 755 ILCS 5/25-2 (2005). The Court finding due notice being given, counsel for the parties being present and the Court being fully advised in the premises, it is hereby ordered that:

1. Plaintiff's and defendants' motions are granted;

2. The Court approves the proposed settlement and disbursement as itemized in exhibit A of plaintiff's Motion to Approve Settlement-providing for descendent, Lisa Damron's sole heir Payton Damron to receive two-thousand, five-hundred dollars ($2,500.00) after satisfying all outstanding liens; and

3. The settlement is now final, and this matter is dismissed with prejudice pursuant to settlement, all parties to bear their own costs.

SO ENTERED:

*[signature]*

The Honorable Matthew F. Kennelly

Date: May 21, 2019